

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2020

No. 04-19-00662-CV

**MEDFINMANAGER, LLC** and Joel Clapick,
Appellants

v.

Robert M. **STONE** and Raymond S. Deleon,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-17804
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

    Appellants' reply brief was due April 1, 2020. On April 4, 2020, appellants filed a reply brief and a motion requesting an extension of time to make the brief timely. After consideration, we **GRANT** the extension and deem the brief timely filed.

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court